# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYRA WAINSCOTT,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 19cv1160-LAB (BGS)<br><br>**ORDER STAYING CASE** |

The unopposed motion to stay this case pending a decision by the MDL Court concerning possible transfer (Docket no. 6) is **GRANTED**. Within **21 days of the MDL Court's decision**, Defendants Johnson & Johnson, and Johnson & Johnson Consumer, Inc. shall file a notice in the docket, informing the Court whether the case will or will not be transferred. If transfer is granted, the stay will automatically be lifted upon transfer. If the MDL Court has not made a decision by **October 15, 2019**, these two Defendants must file a notice informing the Court of the status of the matter.

///
///
///
///

The hearing on the motion to stay, currently on calendar for Monday, July 29, 2019 at 11:15 a.m., is **VACATED**.

**IT IS SO ORDERED**.

Dated: July 24, 2019

*Larry A. Burns*
Hon. Larry Alan Burns
Chief United States District Judge